E-FILED
Tuesday, 19 February, 2008  12:25:31 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **DEBORAH NUZZI and**<br>**THOMAS NUZZI,**<br><br>　　　　**Plaintiffs,**<br>　v.<br><br>**ST. GEORGE COMMUNITY**<br>**CONSOLIDATED SCHOOL DISTRICT**<br>**NO. 258, et al.,**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)　Case No.  07-2239<br>)<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

　　**IT IS ORDERED HEREIN AS FOLLOWS:**

　　1.  That this matter be, and hereby is, scheduled for a Rule 16 Scheduling Conference by **personal appearance** before U.S. Magistrate Judge David G. Bernthal on ***April 2, 2008, at 1:30 p.m.,*** Courtroom C, U.S. Courthouse, 201 South Vine Street, <u>Urbana</u>, Illinois.

　　2.  ***Primary trial counsel for each party shall attend*** and be prepared to discuss all issues listed in FED. R. CIV. P. Rule 16 and 26.

　　3.  Attorneys shall timely comply with FED. R. CIV. P. 26(a)(1).  A certificate of compliance should be filed, but the <u>disclosures are NOT to be filed</u>.  [CDIL-LR 26.3 (A)].

　　4.  A meeting pursuant to FED. R. CIV. P. Rule 26(f) shall occur at least twenty-one (21) days before the scheduling conference is held.  The parties shall fully comply with the requirements of Rule 26(f).

　　5.  The parties shall develop a proposed discovery plan[1] which shall be submitted to the Court not less than fourteen (14) days prior to the Scheduling Conference.  If applicable, the plan shall include provisions for disclosure or discovery of electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation material after production.  Failure to timely submit a discovery plan may result in the cancellation of the discovery conference and assessment of costs.

---

　　[1]A sample proposed discovery plan can be found at this Court's website - www.ilcd.uscourts.gov/localrules.

6.  Attorneys are advised that **requests for conversion** of the hearing to telephone conference are considered only where the parties have complied with this Order (see attached Memorandum).

ENTER this 19th day of February, 2008.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE