## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DEBORAH NUZZI and THOMAS NUZZI, | ) |
| | ) |
| | ) |
| Plaintiff, | ) No.  07-2239 |
| | ) |
| v. | ) |
| | ) |
| ST. GEORGE COMMUNITY CONSOLIDATED | ) |
| SCHOOL DISTRICT NO. 258; | ) |
| RICHARD REYES, individually and in his | ) |
| official capacity; WILLIAM BODEMER, | ) |
| individually and in his official capacity; | ) |
| SHARON THIESEN, individually and in her | ) |
| official capacity; PETER DUBRAVEC, | ) |
| individually and in his official capacity; | ) JURY DEMANDED |
| MARK GROSSO, individually and in his | ) |
| official capacity; and DARRELL PENDLETON, | ) |
| individually and in his official capacity, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFFS' MOTION TO COMPEL

NOW COMES THE PLAINTIFFS, DEBORAH NUZZI and THOMAS NUZZI, through their attorney, Armand L. Andry, and submits the following as their Motion to Compel:

1. Defendants set the deposition of their own party, Richard Reyes, and took that deposition on May 12, 2008.

2. After that three hour deposition Defendants attorney was advised that Plaintiffs would defer cross examination on their deposition until the date that the deposition of the Defendant was taken by the Plaintiff because we wanted to cover more items than those raised by Defendants and did not want to use up time we had available to take the Defendant Reyes' deposition.

1

3. Defendants now refuse to produce Defendant Reyes for a deposition by the Plaintiff.

4. Federal Rule of Civil Procedure 26(d) states: "(A) *Sequence.* Methods of discovery may be used in any sequence; and (B) discovery by one party does not require any other party to delay its discovery."

5. Federal Rule of Civil Procedure 30 states: (a)(1) …A party may, by oral questions, depose any person, including a party, without leave of court except as provided in Rule 30(a)(2)….

6. Federal Rule of Civil Procedure 30( c ) States: "The examination and cross-examination of a deponent proceed as they would at trial under the Federal rules of Evidence…"

7. Federal rule of Civil Procedure 30(d) States: (1) *Duration.* Unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours. The court must allow additional time consistent with Rule 26(b)(2) if needed to fairly examine the deponent or if the deponent or another person, on any other circumstance impedes or delays the examination."

8.  No federal rule allows a party to limit or constrict the taking of a deposition of a party by pre-emptively taking his own deposition.

9. Defendants' refusal to produce Defendant Reyes for a deposition by Plaintiffs violates federal rules and limits and constricts Plaintiffs rights to depose any party regardless of whether they depose themselves.

WHEREFORE, Plaintiffs respectfully seek an order from the court that Plaintiffs may take the deposition of any party and cannot be limited or constricted by the Defendants taking their own depositions.

Respectfully Submitted,  
_Armand L. Andry_____  
Armand L. Andry

ARMAND L. ANDRY  
ATTORNEY FOR PLAINTIFF  
One South Dearborn, Suite 2100  
Chicago, Illinois 60603  
773/626-3058  

## CERTIFICATE OF SERVICE

I, Armand L. Andry, an attorney, certify that I caused to be served a copy of the above document by filing the same with the courts ECF/ECM system on May 13, 2009.

_____*Armand L. Andry*_____