AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SECOND AMENDED JUDGMENT IN A CIVIL CASE

**DEBORAH NUZZI, et al.,**
        **Plaintiffs,**

      vs.                                      Case Number:  **07-2239**

**ST. GEORGE COMMUNITY CONSOLIDATED**
**SCHOOL DISTRICT NO. 258, et al.,**

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** judgment is entered in favor of defendants and against the plaintiffs on all remaining claims in Plaintiffs' Third Amended Complaint.

     **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor or defendants and against plaintiffs on defendants' Amended Counterclaim.  Plaintiffs are ordered to pay damages to St. George in the total amount of $5,202.00 and are also ordered to return the laptops and related equipment in their possession to defendant St. George.

     **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs are ordered to pay defendants' attorney's fees in the amount of $12,170.00.

     **IT IS FURTHER ORDERED AND ADJUDGED that** plaintiffs are ordered to pay defendants' costs in the amount of $22,288.50.

     **IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs are ordered to pay defendants' attorney's fees in the amount of $875.00.

                                           ENTER this 3rd  day of June, 2010.

                                           s/ Pamela E. Robinson

                                         _____
                                          **PAMELA E. ROBINSON, CLERK**

AO 450 (Rev. 5/85) Judgment in a Civil Case

                                                s/ S. Johnson

                              _____
                                BY: DEPUTY CLERK